# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0523
_____

JENNIFER MARIE JANIVER,

Petitioner,

v.

SW GLOBAL,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


August 5, 2025


PER CURIAM.

DISMISSED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jennifer Marie Janvier, pro se, Petitioner.

No appearance for Respondent.